O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD LEE PHILLIPS,<br><br>Petitioner,<br><br>vs.<br><br>FRED FOULK, Acting Warden,<br><br>Respondent. | Case No. EDCV 11-599-DOC (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered dismissed the Second Amended Petition with prejudice.

Dated: July 1, 2013

*David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1