JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD LEE PHILLIPS, | Case No. EDCV 11-599-DOC (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| FRED FOULK, Acting Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is dismissed with prejudice.

Dated: July 1, 2013

*David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1